# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 28, 2022

Lyle W. Cayce
Clerk

No. 20-40359

PRISCILLA VILLARREAL,

*Plaintiff—Appellant,*

*versus*

THE CITY OF LAREDO, TEXAS; WEBB COUNTY, TEXAS; ISIDRO R. ALANIZ; MARISELA JACAMAN; CLAUDIO TREVINO, JR.; JUAN L. RUIZ; DEYANRIA VILLARREAL; ENEDINA MARTINEZ; ALFREDO GUERRERO; LAURA MONTEMAYOR; DOES 1-2,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:19-CV-48

ON PETITIONS FOR REHEARING EN BANC
AND PETITION FOR REHEARING

(Opinion November 1, 2021, 5 CIR., 2021, 17 F.4th 532, withdrawn)
(Opinion August 12, 2022, 5 CIR., 2022, 44 F.4th 363)

Before RICHMAN, *Chief Judge*, and JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, and WILSON, *Circuit Judges.*

PER CURIAM:

A member of the court having requested a poll on the petitions for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated August 12, 2022, is VACATED.

IT IS FURTHER ORDERED that the petition for rehearing filed September 9, 2022, is DENIED AS MOOT.